UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HUNTER C. WHITE,<br><br>　　　　　　　Defendant. | **6:21-PO-5058-KLD**<br>**6:21-PO-5059-KLD**<br>Ticket Number: FBJF0057, FBJF0056, FBJF0058, FBJF0076, FBJF0075 and FBJF0074<br>Location Code: M5<br>Disposition Code: PE AND NC<br><br><u>JUDGMENT IN A CRIMINAL CASE</u> |

　　　　The Defendant, Hunter C. White, was present in court via Zoom and entered a plea of guilty to the charges of: FBJF0056 and FBJF0076 DRIVING OFF DESIGNATED ROUTE $75 + $40 in fees for both violations. The remaining charges are dismissed per the government's motion: FBJF0057 NO REGISTRATION, FBJF0058 POSSESSION OF DRUGS/PARA, FBJF0074 POSSESSION OF DANGEROUS DRUGS, AND FBJF0075 POSSESSION OF DRUG PARA.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　　1.　Defendant must pay a fine in the amount of $75.00 plus $40.00 in fees for both violations for a total of $230.00.  Defendant must pay by check or money order payable to U.S. COURTS CVB and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant

may also pay online at www.cvb.uscourts.gov . The fine shall be paid as follows: **Defendant shall pay $25.00 per mo. starting July 1st, 2022, and $25.00 every month thereafter until paid in full.**

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: April 27, 2022.

5/2/2022
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge